In the Matter of ABE KLEIN, Appellant. SAMUEL A. LARNER, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Solomon Roshevsky* for motion for leave to appeal.

*Bertram H. Siegeltuck* and *Walter M. Weisberg* opposed.

Motion for leave to appeal and for stay granted. Motion to dismiss appeal taken as of right granted and appeal dismissed upon the ground that no substantial constitutional question is directly involved.